1   BRIAN J. STRETCH (CABN 163973)
    Acting United States Attorney

2

3   DAVID R. CALLAWAY (CABN 121782)
    Chief, Criminal Division

4   WILLIAM J. EDELMAN (CABN 285177)
    Special Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7200
7       Fax: (415) 436-7234
        Email: william.edelman@usdoj.gov

8   Attorneys for the United States of America

9

10

11

12                      UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15  UNITED STATES OF AMERICA,        )    No. CR 14-00588-LB
                                     )
16               Plaintiff,          )
                                     )
17          v.                       )    MOTION AND [PROPOSED] ORDER
                                     )    TO DISMISS INFORMATION
18  JORDAN MICHAEL ROGGENBUCK,       )
                                     )
19                                   )
                 Defendant.          )
20  _____ )

21         Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, in light of Mr.

22  Roggenbuck's successful completion of his pretrial diversion program and the positive

23  recommendation of Pretrial Services, and by leave of Court endorsed hereon, the Acting United

24  //

25  //

26  //

27  //

28                                      1

                                MOT. AND PROPOSED ORDER
                                TO DISMISS AS TO DEF. ROGGENBUCK
                                NO. CR 14-588-LB

1   States Attorney for the Northern District of California hereby dismisses the captioned

2   Information as to defendant JORDAN MICHAEL ROGGENBUCK, with prejudice.

3   //

4   //

5
                                              BRIAN J. STRETCH
6                                             Acting United States Attorney

7   Dated: January 29, 2016                   */s/ William J. Edelman*
                                              WILLIAM J. EDELMAN
8                                             Special Assistant United States Attorney

9

10  Leave of court is granted to file the foregoing dismissal with prejudice.

11

12
    Dated:   February 2, 2016
13                                            LAUREL BEELER
                                              U.S. Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                       2

                                              MOT. AND ~~PROPOSED~~ ORDER
                                              TO DISMISS AS TO DEF. ROGGENBUCK
                                              NO. CR 14-588-LB